S DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -1  PM 1:49

LORETTA G. WHYTE
CLERK

# UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUIS ANTHONY JAMES, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO.  05-0333** |
| **TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX** | **SECTION "A"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff, Louis Anthony James, Sr.'s Title 42 U.S.C. § 1983 claims against the defendant, the Terrebonne Parish Criminal Justice Complex, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which can be granted under Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that James's § 1983 claims against the defendant Warden Marcel "Joe" Null seeking transfer to a DOC facility and for denial of access to rehabilitation programs and educational opportunities are **DISMISSED WITH PREJUDICE** as frivolous and

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

otherwise for failure to state a claim for which can be granted under Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

It is further **RECOMMENDED** that James's § 1983 claims against Warden Null for denial of access to religious services are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust the available administrative remedies under Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _____1st_____ day of _____August_____, 2005.

_____
UNITED STATES DISTRICT JUDGE